UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONOVAN HARGRETT, on behalf of
himself and all others similarly situated,

    Plaintiff,                                          Case No.:

v.

AMAZON.COM, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant **AMAZON.COM, INC.**[1] ("Amazon" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice that it is removing this civil action to the United States District Court for the Middle District of Florida, Tampa Division. In support of this Notice of Removal, Defendant states as follows:

### PROCEDURAL ALLEGATIONS

1.    On or about September 11, 2015, Plaintiff Donovan Hargrett, on behalf of himself and all others similarly situated ("Plaintiff") filed a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, entitled *Donovan Hargrett, on behalf of himself and all others similarly situated v. Amazon.Com, Inc.,* designated Case No. 15-CA-8354 (the "State Court Action").

---

[1] Amazon.com.dedc, LLC is erroneously sued as Amazon.com, Inc.

2.     On September 18, 2015, Defendant was served with a Summons and Complaint by personal service.  A copy of the Summons is attached as **Exhibit "A."**

3.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). The Notice is being filed within thirty-days (30) from the date on which the Summons was deemed effectively served.  *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).  No orders have been signed by the state judge presiding over this action, and there are no pending motions. (Copies of all pleadings and other papers or exhibits of every kind on file in the State Court Action are attached as **Exhibit "B."**)

4.     Plaintiff's Complaint alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C § 1681, *et seq.*, ("FCRA").  *See* Plaintiff's Complaint ¶¶ 7-9.  Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a), in that it presents a federal question.

5.     The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Tampa Division.  *See* 28 U.S.C. §§ 89(b) and 1441(a).

6.     Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of Hillsborough County, Florida.  A copy of the Notice of Filing Notice of Removal is attached as **Exhibit "C."**

7. The required filing fee of $400 and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant respectfully removes this action, pending in the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District Court of Florida, Tampa Division.

Dated: October 15, 2015.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801
Telephone:  407.393.2900
Facsimile:  407.393.2929

BY: _____
Jason M. Leo, Esq.
Florida Bar No.: 59767
Email: jleo@littler.com

Rod M. Fliegel, Esq.
(Pro Hac Vice Motion to be filed)
California Bar No.: 168289
Email: rfliegel@littler.com

Alison S. Hightower, Esq.
(Pro Hac Vice Motion to be filed)
California Bar No.: 112429
Email: ahightower@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I served a true and correct copy of the forgoing via electronic mail to:

Wenzel Fenton Cabassa, P.A.
Steven G. Wenzel, Esq.
swenzel@wfclaw.com

and

Luis A Cabassa, Esq.,
lcabassa@wfclaw.com

Attorneys for Plaintiff

_____
Jason M. Leo, Esquire

Firmwide:136360370.1 034959.2284