UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONOVAN HARGRETT,

    Plaintiff,

v.                                      CASE NO.  8:15-cv-2456-T-26EAJ

AMAZON.COM, INC.,

    Defendant.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, including the representation announced to the Court by Defendant's then defense counsel at the hearing held in this case on June 9, 2016, with regard to the impact of the Supreme Court's opinion in Spokeo, Inc. v. Robbins, 136 S.Ct. 1540 (2016) on the Plaintiffs' Consolidated Class Action Complaint,[1] as well as the Plaintiffs' Notice filed yesterday, October 10, 2016, at docket 77, it is ordered and adjudged as follows:

1) Defendant's Motion for Judgment for Judgment on the Pleadings (Dkt. 76) is denied without prejudice.

---

[1] See docket 57 (transcript of June 9, 2016 hearing).

2) Plaintiffs shall file an amended consolidated class action complaint on or before October 24, 2016.

3) Defendant shall file its response to the amended complaint on or before November 7, 2016.

4) Plaintiffs are relieved of the responsibility of filing a motion for class certification by October 25, 2016. The Court will set a new date for the filing of a motion for class certification, if appropriate, after all issues relating to whether the Plaintiffs can state a cause of action in light of the Spokeo opinion have been resolved.

**DONE AND ORDERED** at Tampa, Florida, on October 11, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record