# EXHIBIT A

Amazon.jobs:Your Applications Profile

[Save & Return Later]  [Submit & Print]  [Submit]

## APPLICANT INFORMATION FORM

Please provide all information requested. A partially filled application will not be accepted for review. Amazon and its subsidiaries ("Amazon") are equal opportunity employers, and do not discriminate on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, the presence of any physical, sensory or mental disabilities, or other legally protected status.

Amazon complies with all applicable federal and state nondiscrimination laws and regulations.

| Candidate Full Name - |  |
|---|---|
| 1. Have you previously applied to Amazon or any Amazon subsidiary? | ○ Yes ○ No |
| If you answer yes to Question 1 above, please identify the company and give date(s): |  |
| 2. Have you previously been employed by Amazon (including Amazon subsidiaries)? | ○ Yes ○ No |
| If you answer yes to Question 2 above, please identify the company and give date(s) of employment: |  |
| 3. Are you subject to a non-competition agreement or other agreement that would preclude or restrict your employment at Amazon? | ○ Yes ○ No |
| If you answer yes to Question 3 above, please describe: |  |
| 4. If offered employment by Amazon, would you be legally eligible to begin employment immediately? | ○ Yes ○ No |
| 5. Do you need any action or permission from a university or exchange visa sponsor to begin employment immediately? | ○ Yes ○ No |
| 6. Do you need, or will you need in the future, any immigration-related support or sponsorship from Amazon in order to begin or continue employment with Amazon? | ○ Yes ○ No |

If you answered yes to Question 5 or 6 above, and you are currently located in the U.S. please indicate your current U.S. immigration status/visa and type of sponsorship required (if known):

| Current | Required | Visa Type |  |
|---|---|---|---|
| ☐ |  | F-1 - student visa |  |
|  |  | If currently in F-1 status, would you require Curricular Practical Training authorization from a university? | ○ Yes ○ No |
|  |  | If no, have you applied for Optional Practical Training (OPT) work | ○ Yes |

Amazon.jobs: Your Applications Profile

| | | | |
|---|---|---|---|
| | | authorization? | ○ No |
| | | If yes, please indicate when your EAD application was approved, and when it expires? | |
| ☐ | ☐ | H-1B - *Workers in Specialty Occupations* | |
| | | Please tell us how long you have worked in the U.S. on H-1B visa? | |
| | | Please provide all dates that you have worked in the U.S. on an L visa? (if any). | |
| ☐ | ☐ | L-1 - *intra-company transferee visa* | |
| | | Please tell us how long you have worked in the U.S. on an L-1 visa. | |
| | | Please provide all dates that you have worked in the U.S. using an H visa? (if any). | |
| ☐ | ☐ | TN - *NAFTA Treaty status for Canadian or Mexican citizenship* | |
| ☐ | ☐ | E-3, and H-1B1 status Specialty Occupations for Australian, Chilean and Singaporean citizens | |
| ☐ | ☐ | Adjustment of Status Applicant - *pending I-485 application for U.S. Permanent Resident Status* | |
| | | If you currently have a pending I-485 application for permanent resident status based on sponsorship by an employer, do you also have an approved I-140? | ○ Yes<br>○ No |
| ☐ | | J-1 - *exchange visitor visa* | |
| | | If you currently hold J-1 status, would you require Practical Training authorization from an exchange visa sponsor? | ○ Yes<br>○ No |
| | | If you currently hold, or have previously held a J-1 visa, are you subject to a two-year return home residence requirement? | ○ Yes<br>○ No<br>○ I don't know |
| ☐ | ☐ | Other temporary status that will require Amazon to sponsor your immigration status | |

Amazon.jobs:Your Applications Profile

| | | | |
|---|---|---|---|
| | | Please explain: | |
| ☐ | ☐ | **Pending Permanent Residence / Green Card Process** | |
| | | Has an I-140 immigrant petition and/or PERM labor certification application been filed on your behalf? If so, please indicate the date(s) of filing and whether the application or petition have been approved. | |

If you answer yes to Question 5 or 6 above, for the purposes of determining export licensing requirements, if you are not a U.S. citizen, a U.S. permanent resident or an asylee, please indicate below all countries of citizenship and residence and the dates during which each was obtained:

| Countries of Citizenship (list all) | Dates |
|---|---|
| | |
| Show More (Citizenship Country) | |

| Countries of Permanent Residence (list all) | Dates |
|---|---|
| | |
| Show More (Permanent Country Residence) | |

Amazon.jobs:Your Applications Profile

**MILITARY RECORD (if applicable)**

| Branch of Service (Including Address) | Served | |
|---|---|---|
| | From: | To: |
| | | |
| Nature of discharge | | |

### Equal Opportunity Self-Identification Form

Completion of this form provides required data for Federal governmental reporting purposes only. As an Equal Opportunity Employer, Amazon does not use this information in its employment decisions, so whether or not you choose to identify your race/ethnicity and gender will not affect your employment in any way.

| 1. Gender: | |
|---|---|
| ○ | Female |
| ○ | Male |
| ○ | I choose not to self-identify |

| 2. Race/Ethnic background (please check one only) : | | |
|---|---|---|
| ○ | American Indian/Alaska Native (not Hispanic or Latino) | (Persons having origins in any of the original peoples of North and South America, (including Central America), and who maintain tribal affiliation or community recognition) |
| ○ | Asian (not Hispanic or Latino) | (Persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent,; including for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand and Vietnam) |
| ○ | Black/African American (not Hispanic or Latino) | (Persons having origins in any of the Black racial groups of Africa) |
| ○ | Hispanic/Latino | (Persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race) |

https://us-amazon.icims.com/jobs/282853/facilities-are...m=Applicant_Information_Form_US_revised&step=2&type=1     Page 4 of 5

Amazon.jobs:Your Applications Profile

| | | |
|---|---|---|
| ⊙ | Native Hawaiian/Other Pacific Islander (not Hispanic or Latino) | (Persons having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands) |
| ⊙ | White (not Hispanic or Latino) | (Persons having origins in any of the original peoples of Europe, the Middle East or North Africa) |
| ⊙ | Two or more Races (not Hispanic or Latino) | (Non-Hispanic persons who identify with more than one of the following five races: (1) White, (2) Black, (3) Asian, (4) Native Hawaiian/Other Pacific Islander, (5) American Indian/Alaska Native) |
| ⊙ | I choose not to self-identify | |

☐ By checking this box, I confirm my understanding of the following:

Information provided in support of this application, including but not limited to my resume or curriculum vitae and the above information, is true and correct. I understand that false statements or material omissions of any kind during the hiring process may result in denial of employment or discharge.

I hereby authorize Amazon to verify and investigate my employment history and to inquire of my current and former employers and references information concerning my work history, character and ability, as Amazon deems necessary. I hereby release Amazon and its representatives in seeking such information and all other persons, corporations or organizations for furnishing such information. In this regard, I agree to sign as a condition of my employment any and all releases not specified here, but which may be required under law, to implement this background check. I further agree to hold harmless and indemnify Amazon and its employees and agents from and against any and all liability arising out of such background investigations.

I understand and agree that if I am employed, I will be employed on an at-will basis. As an at-will employee, I understand and agree that either Amazon or I can terminate our employment relationship, at any time for any reason, with or without advance notice and with or without cause.

I understand that nothing contained in this employment application or interview process is intended to create an employment contract between Amazon and me and that no representation or promise regarding the duration or the termination of employment with Amazon is authorized or binding unless contained in a written document signed by an officer of Amazon.com, Inc.

**AMAZON IS AN EQUAL OPPORTUNITY EMPLOYER**

[Save & Return Later]   [Submit & Print]   [Submit]