# EXHIBIT B

# Job Application

Fulfillment Associate - TPA1 Ruskin, FL United States

Job ID: **150004283**




**Background Check Disclosure**

Pursuant to the Fair Credit Reporting Act, 15 U.S.C., Section 1681 et seq., and various related state laws, as set forth in the attached authorization forms, this disclosure is to inform you that in connection with your application for employment (including contract for service) with Amazon and its subsidiaries ("the Company"), the Company may procure a consumer report and/or an investigative consumer report on you in connection with your employment application and/or your employment, commonly known as a "background check." Accurate Background, Inc. (and/or any of their licensed agents) or any other consumer reporting agency acting on behalf of the Company, may obtain the report for the Company.Accurate Background, Inc. is located at 7515 Irvine Center Dr., Irvine, CA 92618, and can be reached at (800) 784-3911, or www.accuratebackground.com. The report will be provided to the Company.

The nature and scope of this investigation may include a number of sources including but not limited to, credit reports, social security number verification, criminal records checks, public court records checks, driving records checks, educational records checks, verification of employment positions held, personal and professional references checks, licensing and certification checks, etc. These reports may include information as to a person's "character, general reputation, personal characteristics, mode of living, and work habits" (FCRA § 606 (a)(1)). The information contained in the report will be obtained from private and/or public record sources, including sources identified by you in your job application or through interviews or correspondence with your past or present coworkers, associates, current or former employers, educational institutions or other acquaintances.

The nature and scope of any investigative consumer reports that may be requested is explained above. Nevertheless, you are entitled to obtain more information about the nature and scope of such reports by submitting a written request to: Amazon, c/o HR Compliance Department, PO Box 81226, Seattle, WA 98108.

The Company is furnishing you with a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act" prepared pursuant to 15 U.S.C. Section 1681-1681u located here: Summary of Rights. Where applicable, the Company is also furnishing you with a copy of the "Summary of Your Rights Under the Provisions of California Civil Code Section 1786.22" located here: CA Summary of Rights, a copy of the "New York Correction Law Article 23-A" located here: New York Correction Law Article 23-A and a copy of the "San Francisco Fair Chance Ordinance" located here: Office of Labor Standards Enforcement Notice.

For positions located in California, Minnesota and Oklahoma: You will be provided with a free copy of any consumer reports or investigative consumer reports if you check the box below. You may obtain information or copies from the Company's investigative report file at any time prior to your receipt of such copies, to the extent available, by contacting Amazon, c/o HR Compliance Department, PO Box 81226, Seattle, WA 98108.

Also, please review and sign the next page if you authorize a "background check" to be conducted by Accurate Background, Inc. (or any other consumer reporting agency acting on behalf of the Company) for the Company.

California, Minnesota or Oklahoma Applicants: You will be provided with a free copy of any consumer reports or investigative consumer reports if you check the following box.

- (•) **I Accept**
- ( ) **I Decline**

« BACK | SAVE | SAVE & CONTINUE »

Impressum | Data Policy

-After selecting "I Accept" and "save & continue"

# Job Application

Fulfillment Associate - TPA1 Ruskin, FL United States

Job ID: **150004283**




**Background Check Authorization**

I have carefully read and understand the previous disclosure and this authorization form. By my signature below, I consent to the preparation and release of consumer and/or investigative consumer reports to the Company. I understand that if the Company hires me, it may request a consumer report and/or an investigative consumer report about me for employment-related purposes during the course of my employment. The scope of this investigation may be the same as the scope of a pre-employment investigation, and the nature of such an investigation will assist in evaluating my continued suitability for employment, or whether I possess the minimum qualifications necessary for promotion or transfer to another position.I understand that my consent will apply throughout my employment, unless I revoke or cancel my consent by sending a signed letter or statement to the Company at any time at Amazon, c/o HR Compliance Department, PO Box 81226, Seattle, WA 98108, stating that I revoke my consent and no longer allow the Company to obtain consumer or investigative consumer reports about me. I understand that revoking consent may affect my continued employment and/or eligibility for transfer or promotion.

By my signature below, I authorize without reservation any party or agency acting on the behalf of the Company to furnish the above-mentioned information to the Company from the following private and public sector entities: past and present employers; learning institutions, including colleges and universities; law enforcement agencies; federal, state and local courts; the military; credit bureaus; and, motor vehicle records agencies. I hereby consent to the Company obtaining the above information from Accurate Background, Inc.(and/or any of their licensed Agents) 7515 Irvine Center Dr., Irvine, CA 92618, (800) 784-3911, www.accuratebackground.com or any other consumer reporting agency acting on behalf of the Company.

I understand that, to the extent allowed by law, information contained in my job application or otherwise disclosed to the Company and/or Customer by me, may be utilized for the purpose of obtaining consumer reports and/or investigative consumer reports.

I understand that to aid in the proper identification of records pertaining to me, personal identifiers, as well as other information, will be collected and shared with the consumer reporting agency, their agents, and entities that maintain and report such records.

---

**Additional State Law Notices**

If you are seeking employment or are already employed in California, Maine, Massachusetts, New York, or Washington please review these additional notices, and acknowledge by electronically signing your name in the space provided at the bottom of this page.

**CALIFORNIA:** You may view the file maintained on you by Accurate Background, Inc. You may also obtain a copy of this file, upon submitting proper identification and paying the costs of duplication services, by appearing at Accurate Background, Inc. offices in person, during normal business hours and on reasonable notice, or by mail; you may also receive a summary of the file by telephone. Accurate Background, Inc. has trained personnel available to explain your file to you, including any coded information. If you appear in person, you may be accompanied by one other person, provided that person furnishes proper identification.

**MAINE:**You have the right, upon request, to be informed of whether a consumer report was requested, and if one was requested, the name and address of the consumer reporting agency furnishing the report. You may request and receive from the Company, within five business days of our receipt of your request, the name, address and telephone number of the nearest unit designated to handle inquiries for the consumer reporting agency issuing an investigative consumer report concerning you. You also have the right, under Maine law, to request and promptly receive from all such consumer reporting agencies copies of any such investigative consumer reports.

**MASSACHUSETTS:**You have the right, upon request, to a copy of any background check report that the Company has ordered. You may contact Accurate Background, Inc. to request it.

**NEW YORK:**You have the right, upon written request, to be informed of whether or not an investigative consumer report was requested. If an investigative consumer report is requested, you will be provided with the name and address of the consumer reporting agency furnishing the report. You may inspect and receive a copy of the report by contacting that agency. If you are located in New York, you are also receiving a copy of Article 23A of the Correction Law.

**WASHINGTON:** I understand that, if the Company seeks a consumer report or investigative consumer report during the course of employment, it will disclose that fact to me in a separate disclosure at that time, unless it has reasonable cause to believe that I have engaged in specific activity that constitutes a violation of law.

**Do Not E-Sign Until You Have Read The Above Statement.**

By my eSignature below, I certify that I have read, fully understand and accept all terms of the foregoing statement. Please signify your acceptance by entering the information requested in the fields below.

Please type your full name as eSignature:

By my eSignature below, I certify that I have read and fully understand the additional state law notices listed above that are applicable to me, if any.

Please type your full name as eSignature:

« BACK SAVE SAVE & CONTINUE »