UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONOVAN HARGRETT,

    Plaintiff,

v.                                          CASE NO.  8:15-cv-2456-T-26EAJ

AMAZON.com DEDC LLC,

    Defendant.

and

MICHAEL AUSTIN and DEOLINDA
S.M. BONDE,
*on behalf of himself and on themselves
and of all others similarly situated*,

    Plaintiffs,

v.

AMAZON.com DEDC LLC,

    Defendant.
_____/

# **O R D E R**

    Upon due and careful consideration of the procedural history of this case, including the Court's two recent orders allowing the taking of additional depositions and providing for the parties' supplementation of the pending motions for class certification and summary judgment, and in order for the Court to more efficiently resolve the issues

presented by those motions, the Court deems it preferable to deny those motions without prejudice to being renewed and responded to after the completion of the additional depositions, thereby eliminating the need to file supplements to the motions. Accordingly, it is ordered and adjudged as follows:

1) Plaintiffs' Motion for Class Certification (Dkt. 111) is denied without prejudice. Plaintiffs shall refile the motion no later than January 15, 2018, with Defendant filing its response no later than January 31, 2018.

2) Defendant's Motion for Summary Judgment (Dkt. 119) is denied without prejudice to being refiled no later than January 15, 2018, with Plaintiffs filing their response no later than January 31, 2018.

3) Defendant's Motion for Leave to Reply (Dkt. 136) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 16, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record