**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DONOVAN HARGRETT,** *et al.***,**

    **Plaintiff,**

v.                                                      **CASE NO. 8:15-cv-2456-T-26EAJ**

**AMAZON.com DEDC LLC,**

    **Defendant,**

**and**

**MICHAEL AUSTIN and**
**DEOLINDA S.M. BONDE,** *et al.***,**

    **Plaintiffs,**

v.                                                        **CASE NO. 8:15-cv-2588-T-26JSS**

**AMAZON.com DEDC LLC,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiffs, DONOVAN HARGRETT, et al., and Plaintiffs, Michael Austin, et al., by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, AMAZON.COM, INC., a foreign Delaware corporation, has been settled.

The Parties respectfully request that the Court stay all pending deadlines, and permit the Parties until April 30, 2018 to paper the settlement and file their Motion for Preliminary Approval of the proposed settlement.

Dated this 13 th day of March, 2018.

        Respectfully submitted,

        */s/ Brandon J. Hill*
        **STEVEN G. WENZEL**
        Florida Bar No. 159055
        **LUIS A. CABASSA**
        Florida Bar Number: 053643
        **BRANDON J. HILL**
        Florida Bar Number: 37061
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Ave., Suite 300
        Tampa, Florida 33602
        Main No.: 813-224-0431
        Facsimile: 813-229-8712
        Email: swenzel@wfclaw.com
        Email: lcabassa@wfclaw.com
        Email: bhill@wfclaw.com
        Email: twells@wfclaw.com

        Leonard A. Bennett (*pro hac vice*)
        Craig C. Marchiando (*pro hac vice*)
        Elizabeth Hanes (*pro hac vice*)
        **CONSUMER LITIGATION ASSOCIATES, P.C.**
        763 J. Clyde Morris Blvd.., Suite 1-A
        Newport News, VA 23601
        Telephone: (757) 930-3660
        Facsimile: (757) 930-3662
        Email:  lenbennett@clalegal.com
                craig@clalegal.com
                elizabeth@clalegal.com

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all Counsel of Record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**