**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DONOVAN HARGRETT,** *et al.***,**

    **Plaintiff,**

v.                                                           **CASE NO. 8:15-cv-2456-T-26EAJ**

**AMAZON.com DEDC LLC,**

    **Defendant,**

**and**

**MICHAEL AUSTIN and**
**DEOLINDA S.M. BONDE,** *et al.***,**

    **Plaintiffs,**

v.                                                            **CASE NO. 8:15-cv-2588-T-26JSS**

**AMAZON.com DEDC LLC,**

    **Defendant.**

_____/

**JOINT MOTION TO EXTEND DEADLINE TO FINALIZE AND**
**SEEK PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Parties jointly request what they expect to be a final 17-day enlargement of the deadline set forth in the Court's April 30, 2018 Order (Doc. 159) to finalize their class-wide settlement agreement and to file their motion for preliminary approval, making the new deadline July 16, 2018.  The Parties are continuing to work diligently to negotiate and finalize matters related to the forthcoming settlement agreement, including all exhibits thereto. So that the Parties have sufficient time to finalize a written settlement agreement (including all exhibits), the motion for preliminary approval, and other class

1

settlement papers, the Parties respectfully request that this Court grant a 17-day extension of time to complete this process. In further support of this Joint Motion, the Parties state the following:

### SUPPORTING FACTS AND PROCEDURAL BACKGROUND

1. On March 13, 2018, Plaintiffs filed a Notice of Settlement with the Court (Doc. 155). Plaintiffs informed the Court that the Parties had reached, in principle, a class-wide settlement. If approved, this settlement will resolve this action in its entirety.

2. Also on March 13, 2018, the Court entered an Order staying all deadlines and giving the Parties until April 30, 2018 to paper and then file their settlement documents seeking preliminary approval of their settlement. (Doc. 156).

3. On April 30, 2018, the parties jointly requested a 30-day extension of time to finalize the settlement agreement. (Doc. 158). The Court entered an Order extending the deadline to file their settlement documents and seek preliminary approval of the settlement until May 30, 2018. (Doc. 159).

4. On May 29, 2018, the parties jointly requested a 30-day extension of time to finalize the settlement agreement and exhibits thereto. (Dkt. 161). The Court entered an Order extending the deadline to file their settlement documents and seek preliminary approval of the settlement until June 29, 2018. (Dkt. 161).

5. Since that date, Plaintiffs filed a Second Amended Consolidated Class Action Complaint on June 8, 2018. (Dkt. 163.) Amazon filed an Answer to the Second Amended Consolidated Class Action Complaint on June 25, 2018. (Dkt. 166). While drafting these pleadings, the parties have also worked diligently to finalize the settlement agreement and all exhibits thereto, including the class notice. However, because of the time spent on the other pleadings and due to the complex nature of this litigation and settlement documents, including the

need to consolidate and settle multiple cases, the parties need what they expect to be one final extension to finalize the settlement agreement. The parties have reached substantial agreement on the settlement documents, but need to reach agreed-upon wording on the non-monetary relief in the settlement agreement. The parties request a 17-day extension to complete the agreement and obtain all necessary signatures due to the upcoming Fourth of July holiday. As a result, they request an extension of the current June 29, 2018 deadline until July 16, 2018.

6. Neither side will be prejudiced by this brief extension, since this case remains administratively closed pending finalization and approval of the Parties' class-wide settlement. Furthermore, and both sides require more time to complete the finalization of all settlement documents of this class action.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b), when an act must be done within a specified time, this Court can extend the time to do so for "good cause." Fed. R. Civ. P. 6(b). The Parties request a brief, 30-day extension of time to file their settlement documents with the Court, making the new deadline June 29, 2018.

Good cause exists for this relief. The Parties are in the process of drafting and exchanging settlement papers, agreeing on a settlement class administrator, and completing all briefing and tasks necessary to present the settlement to the Court and to seek preliminary approval. The Parties need an additional 17-day extension of time given the Fourth of July holiday to complete this process and obtain all necessary signatures. This request is made prior to the expiration of the current deadline, and will not cause any prejudice because this case has been administratively closed pending the Parties' execution of the Settlement Agreement and the Court approval.

3

Finally, this extension is jointly being sought in good faith and not for delay or any other improper purpose.

**WHEREFORE**, the Parties respectfully request that the Court grant their joint motion and enter an Order that extends the settlement-related deadline in the Court's April 30, 2018 Order by 17 days, until July 16, 2018.

DATED this 29th day of June, 2018.

Respectfully submitted,

| | |
|---|---|
| /s/ Brandon J. Hill | /s/ Brian M. Ercole |
| STEVEN G. WENZEL | Brian M. Ercole |
| Florida Bar No. 159055 | Brian M. Ercole (Florida Bar. No. 0102189) |
| LUIS A. CABASSA | Morgan Lewis & Bockius LLP |
| Florida Bar Number: 053643 | 200 South Biscayne Boulevard – Suite 5300 |
| BRANDON J. HILL | Miami, Florida 33131 2339 |
| Florida Bar Number: 37061 | Telephone:   305.415.3000 |
| Wenzel Fenton Cabassa, P.A. | Facsimile:   305.415.3001 |
| 1110 North Florida Ave., Suite 300 | brian.ercole@morganlewis.com |
| Tampa, Florida 33602 | |
| Main No.: 813-224-0431 | . |
| Facsimile: 813-229-8712 | |
| Email: swenzel@wfclaw.com | |
| Email: lcabassa@wfclaw.com | |
| Email: bhill@wfclaw.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all counsel of record.

/s/ Brian M. Ercole
**BRIAN M. ERCOLE**